IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID POTTER, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 1:16-cv-749-GMB |
| CITY OF DOTHAN, ALABAMA, *et al.*, | ) [wo] |
| Defendants. | ) |

## ORDER

This cause is before the court on a Joint Stipulation of Dismissal. Doc. 95. The parties have consented to the jurisdiction of a Magistrate Judge pursuant to 28 U.S.C. § 636(c). Doc. 36, 37 & 38. In light of the Joint Stipulation, it is hereby ORDERED that this action is dismissed with prejudice, each party to bear its own cost, expenses, and attorney's fees.

DONE this 11th day of February, 2019.

GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE